IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Buchanan, et. al., :
:
    Plaintiff(s), :
: Case Number: 1:10cv503
vs. :
: Chief Judge Susan J. Dlott
Hamilton County Sheriff Department, et. al., :
:
    Defendant(s). :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 22, 2010 a Report and Recommendation (Doc. 15) and on December 1, 2010 (Doc. 25) a Report and Recommendation.  Subsequently, the plaintiffs filed objections to such Report and Recommendations (Doc. 32).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

    With regard to the Report and Recommendation of October 22, 2010, plaintiff Buchanan's claim alleging deliberate indifference to serious medical needs against defendant Naphcare on May 18, 2010 (Claim 2) is permitted to proceed.  Plaintiff Buchanan's other claims against defendants Nahcare and Hamilton County Sheriff's Department are **DISMISSED.** Plaintiff Buchanan's motion to add to complaint (Doc. 9) is **DENIED.**

    With regard to the Report and Recommendation of December 1, 2010 (Doc. 25), plaintiff

Rose's claims against defendants Naphcare and Hamilton County Sheriff's Department are **DISMISSED** in their entirety.

The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith.  *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.


    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court