IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Michael Buchanan, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv503 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Hamilton County Sheriff Department, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 4, 2011 (Doc. 36), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 21, 2011, hereby ADOPTS said Report and Recommendation.

Plaintiff was granted an extension of time to file objections to the Report and Recommendation until April 21, 2011.  At no time were objections filed.

Accordingly, plaintiff Buchanan's motion for leave to amend the complaint (Doc. 18) is **DENIED** insofar as he seeks to clarify the claims in the original complaint and **GRANTED** as to his request to add a jury demand.

Plaintiff's motion for leave to amend the complaint (Doc. 33) is **DENIED.**

IT IS SO ORDERED.

　　　___s/Susan J. Dlott_____
　　　Chief Judge Susan J. Dlott
　　　United States District Court