IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Buchanan, :
:
       Plaintiff(s), :
: Case Number: 1:10cv503
vs. :
: Chief Judge Susan J. Dlott
Hamilton County Sheriff Department, et al., :
:
       Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 26, 2012 a Report and Recommendation (Doc. 67).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 69) and defendant NaphCare filed a response in opposition to plaintiff's objections the report and recommendation (Doc. 70).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

       Accordingly, plaintiff's motion for trial (Doc. 52) is **DENIED.**

       Plaintiff's motion to strike and for leave to amend (Doc. 64) is **DENIED.**

       Defendant Naphcare's motion to dismiss the complaint (Doc. 58) is **GRANTED.**

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith.  *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

       This case is **TERMINATED** from the docket.

       IT IS SO ORDERED.

                                    ___s/Susan J. Dlott_____
                                    Chief Judge Susan J. Dlott
                                    United States District Court